IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| In the Matter of the Searching of:<br><br>305 West Mercury Street, Suite 211, Butte, Montana 59701 | MJ-24-017-BU-KLD<br><br>ORDER |
|---|---|

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 1st day of April, 2024.

_____
Honorable Kathleen L. DeSoto
Magistrate Judge