IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 305 WEST MERCURY STREET, SUITE 211, BUTTE, MT 59701 | MJ-24-17-BU-KLD<br><br>ORDER |

The United States has requested that the Court unseal the Application, Affidavit, and Search Warrant in this case. The reason for this request is that this investigation is no longer covert, and the Criminal Division has referred this case to the Civil Division.

Therefore, for good cause shown, IT IS HEREBY ORDERED that the Application, Affidavit, and Search Warrant in this case are UNSEALED.

DATED this ____ day of June 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1